THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LIAOSHENG ZHANG,<br><br>        Plaintiff,<br><br>v.<br><br>BOEING COMPANY, AMAZON GLOBAL RESOURCES, INC., MICROSOFT CORPORATION,<br><br>        Defendants. | No. 7-1794 RAJ<br><br>BOEING'S NOTICE OF SERVICE OF WAIVER OF SUMMONS |

NOTICE IS HEREBY GIVEN that Defendant The Boeing Company, by and through undersigned counsel, served defendant The Boeing Company's Waiver of Service of Summons on plaintiff Liaosheng Zhang by first class, certified mail on November 20, 2007.

RESPECTFULLY SUBMITTED this 4th day of January 2008.

BOEING'S NOTICE OF SERVICE OF
WAIVER (NO. 7-1794 RAJ) – 1

23641-0002/LEGAL13852473.1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000


DATED: January 4, 2008

PERKINS COIE LLP

By: /s/ *[signature: Chelsea Petersen]*
Andrew Moriarty, WSBA No. 28651
AMoriarty@perkinscoie.com
Chelsea Dwyer Petersen, WSBA No. 33787
CDPetersen@perkinscoie.com

Attorneys for Defendant
THE BOEING COMPANY

BOEING'S NOTICE OF SERVICE OF
WAIVER (NO. 7-1794 RAJ) – 2

23641-0002/LEGAL13852473.1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# CERTIFICATE OF SERVICE

On January 4, 2008, I caused to be served upon counsel of record, at the address stated below, via the method of service indicated, a true and correct copy of the following document:

**NOTICE OF SERVICE OF WAIVER OF SERVICE OF SUMMONS**

| | | |
|---|---|---|
| Liaosheng Zhang | __X__ | Via hand delivery |
| 12334 31st Ave. NE, #306 | ____ | Via U.S. Mail, 1st Class, Postage Prepaid, Receipt Requested |
| Seattle, WA 98125 | ____ | Via Overnight Delivery |
| Phone: (206) 364-1348 | ____ | Via Facsimile |
| | __X__ | Via E-filing |

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED at Seattle, Washington, this 4th day of January, 2008.

Perkins Coie LLP

By  /s/  _[signature]_
Chelsea D. Petersen, WSBA #33787

CERTIFICATE OF SERVICE (NO. 7-1794 RAJ)

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

23641-0002/LEGAL13852473.1