Zhang v. Boeing Company et al  
Case 2:07-cv-01794-RAJ   Document 4   Filed 01/14/2008   Page 1 of 10  
Doc. 4

FILED LODGED RECEIVED MAIL

JAN 14 2008

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY



07-CV-01794-SUMM

LIAOSHENG ZHANG

12334 31st AVE. NE, #306

Seattle, WA 98125

Phone: 206-364-1348

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Liaosheng Zhang, | ) |
| Plaintiff, | ) CASE No. 7-1794 RAJ |
| Vs. | ) **AMENDED COMPLAINT** |
| Boeing Company, | ) **WITH JURY DEMAND** |
| Amazon Global Resources, Inc., | ) |
| Microsoft Corporation, | ) |
| Defendants. | ) |
| ------------------------------------- | ) |

**COMES NOW** the plaintiff, Liaosheng Zhang, and alleges as follows for her complaint:

### I. NATURE OF ACTION

1.1    This is a civil action based on 42 U.S.C. § §2000e et seq. ("Title VII") and the Age Discrimination in Employment Act ("ADEA") seeking a remedy for discrimination on the basis of race, national origin, gender, disability and age which occurred <u>during Plaintiff applied defendant's jobs in Seattle, Washington.</u>

Amended COMPLAINT WITH JURY DEMAND
Page 1 of 10

Liaosheng Zhang
12334 31st AVE. NE, #306
Seattle, WA 98125
Ph: (206)-364-1348

Dockets.Justia.com

## II. JURISDICTION AND VENUE

2.1 This court has jurisdiction over the federal claims under 28U.S.C. § 1331.

2.2 This court has jurisdiction over the ancillary state claims under 28 U.S.C. § 1367.

2.3 Venue is proper under 28 U.S.C. § 1391(b) and Local Civil Rule 5(e).

2.4 <u>Liaosheng Zhang did get a "ready to sue letter" from EEOC.</u>

## III. PARTIES

3.1 Liaosheng Zhang ("Plaintiff") is a U.S worker and a job applicant of Defendants Boeing Company, Amazon Global Resources, Inc., and Microsoft Corporation.

3.2 Boeing Company has many names and addresses in many states:

a) World Headquarters
   Boeing Corporate Offices 100 North Riverside
   Chicago, Illinois 60606
   312-544-2000

b) Washington state Registered Agent:
   CORPORATION SERVICE COMPANY
   6500 HARBOUR HEIGHTS PKWY, STE 400
   MUKILTEO, WA 98275

c) One of Washington Locations:
   P. O. Box 3707
   Seattle, Washington 98124
   206-655-2121

d) Other states

3.5 Amazon Global Resources, Inc. address is 1200 12th Avenue South, Suite 1200, Seattle, WA 98144. Registered Agent address is C T CORPORATION SYSTEM, 1801 WEST BAY DR NW STE 206, OLYMPIA, WA 98502

Amended COMPLAINT WITH JURY DEMAND
Page 2 of 10

Liaosheng Zhang
12334 31st AVE. NE, #306
Seattle, WA 98125
Ph: (206)-364-1348

3.6   Microsoft Corporation address is One Microsoft Way, Redmond, WA 98052. Registered Agent address is PTSGE CORP, 925 FOURTH AVENUE STE 2900, SEATTLE, WA 98104-1158

## IV. STATEMENT OF FACTS

**4.1   Boeing Company:**

4.1.1 I am a US worker as defined by §655.715 of chapter V of Title 20 of ETA. I applied to over 300 Boeing jobs and their contract jobs. My resume is on their database, but I never get hired.

4.1.2 I had a few interviews. I answered questions so well during the first round interview. They said that I will go to second round. I called them 2 times after that. But they never call me for second round interview.

4.1.3 I mailed to them the Employer Research Form (from WorkSource) and my resume. I asked them to fill it out around 8/16/06, but they never did. I do not lack any skills for a software engineer or any IT positions. I continued to apply to their jobs, but I never hear anything from them. I have a master's degree in computer engineering from Arizona State University and 7 years work experience in the computer field. But Boeing refuses to hire me.

4.1.4 Boeing hired 62 H1B foreign workers during 2005. Boeing hired some workers with optional practice training card during 2005. They are not U.S. workers. Boeing hires them because they are much younger and therefore have less medical liabilities to the company.

Amended COMPLAINT WITH JURY DEMAND
Page 3 of 10

Liaosheng Zhang
12334 31st AVE. NE, #306
Seattle, WA 98125
Ph: (206)-364-1348



4.1.5 Boeing hired about 66 H1B foreign workers during 2006. Boeing sponsored 30 green cards during 2006. Boeing hired some workers with optional practice training card during 2006. They are not U.S. workers. Boeing hires them because they are much younger and therefore have less medical liabilities to the company.

4.1 6 Boeing hired many H1B holders during 2007 too.

4.1.7 Boeing hired many contract workers who are not U.S workers from 2005 to 2007.

4.1.8   Boeing retaliated or discriminated against a job applicant for disclosing information, filing a complaint, or cooperating in an investigation

4.1.9   Boeing failed to recruit U.S. worker(s) for jobs for which H-1B worker(s) are sought.

4.1.10 Boeing failed to hire a U.S. worker who applied and was equally or better qualified for the job for which the H-1B worker was sought.

4.1.11 <u>Liaosheng Zhang is an Asian, Chinese, female, and 49 years old who had a lot of medical bills in the past.</u>

Amended COMPLAINT WITH JURY DEMAND  
Page 4 of 10

Liaosheng Zhang  
12334 31st AVE. NE, #306  
Seattle, WA 98125  
Ph: (206)-364-1348

4.1.12 <u>Liaosheng Zhang received a "ready to sue letter" from EEOC. Liaosheng Zhang filed this lawsuit within 90 days of my receipt of the notice. Exhibit 1.</u>

**4.2  Amazon Global Resources Inc. :**

4.2.1  I am a US worker as defined by §655.715 of chapter V of Title 20 of ETA. I applied to over 386 Amazon jobs among thousands of jobs. My resume is on their database, but I never get hired or interviewed.

4.2.2  I have a master's degree in computer engineering from Arizona State University and 7 years work experience in the computer field, but Amazon refuses to hire me.

4.2.3  Amazon hired 274 H1B foreign workers during 2005. Amazon hires them because they are much younger and therefore have less medical liabilities to the company.



Amended COMPLAINT WITH JURY DEMAND
Page 5 of 10

Liaosheng Zhang
12334 31st AVE. NE, #306
Seattle, WA 98125
Ph: (206)-364-1348

4.2.4 Amazon hired about 339 H1B foreign workers during 2006. Amazon sponsored 54 green cards during 2006: 34 are software engineers, 2 are in the computer field. Amazon hires them because they are much younger and therefore have less medical liabilities to the company.

4.2.5 Amazon hired many H1B holders during 2007 too. Amazon hires them because they are much younger and therefore have less medical liabilities to the company.

4.2.6 Amazon retaliated or discriminated against a job applicant for disclosing information, filing a complaint, or cooperating in an investigation.

4.2.7 Amazon failed to recruit U.S. worker(s) for jobs for which H-1B worker(s) are sought.

4.2.8 Amazon failed to hire a U.S. worker who applied and was equally or better qualified for the job for which the H-1B worker was sought

**4.3 Microsoft Corporation:**

4.3.1 I am a US worker as defined by §655.715 of chapter V of Title 20 of Employment and Training Administration (ETA).

4.3.2 I applied to over 100 Microsoft jobs and their contract jobs among 10,000. My resume is on their database, but I never get hired.

4.3.3 I mailed to them the Employer Research Form (from WorkSource) and my resume. I asked them to fill it out around 8/16/06, but they never did. Instead, they sent a letter to me saying that they don't take job applications by mail and asked me to apply to their jobs on their website again. So I do not lack any skills for a software engineer position.

4.3.4 I continue to apply to their jobs, but I never hear anything from them. In fact, I am on their block list because I have a pending lawsuit against a previous employer on my background check, and because I am a US worker, and an elder woman.

4.3.5 I went to the Microsoft campus a few times. They have about 1/3 foreign workers. Their worker age groups are not reflective of the work force age

Amended COMPLAINT WITH JURY DEMAND
Page 6 of 10

Liaosheng Zhang
12334 31st AVE. NE, #306
Seattle, WA 98125
Ph: (206)-364-1348

| | |
|---|---|
| 1 | range. Most of them are under 35. Since older workers have more medical |
| 2 | bills, they dislike hiring that age group. |
| 3 | 4.3.6 I saw on the news around 3/10/07 that Bill Gates appealed to the US |
| 4 | congress to issue more H1B visas to bring foreign workers to this country |
| 5 | because we have a shortage for software engineers. That is not true. I have |
| 6 | a masters degree in computer engineering from Arizona State University |
| 7 | and 7 years experience in the computer field. But Microsoft refuses to hire |
| 8 | me. |
| 9 | 4.3.7 I sent my response to Gates' appeal to the US Senate around 3/25/07. |
| 10 | 4.3.8 Microsoft hired 2149 H1B foreign workers during 2005 in Washington State |
| 11 | and another 4430 H1B foreign workers during 2006 in Washington State |
| 12 | according to the Department of Labor record. Microsoft hires them because |
| 13 | they are much younger and therefore have less medical liabilities to the |
| 14 | company. |



Microsoft
H1B Visa & Green Card 2001 - 2006
www.myvisajobs.com

| Year | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|---|---|
| H1B | 1615 | 1365 | 1928 | 2257 | 2149 | 4430 |
| Green Card | 1071 | 938 | 49 | 2 | 22 | 1221 |

www.myvisajobs.com

Amended COMPLAINT WITH JURY DEMAND
Page 7 of 10

Liaosheng Zhang
12334 31st AVE. NE, #306
Seattle, WA 98125
Ph: (206)-364-1348

4.3.9 Microsoft uses few employment services (Excel, Volt, and others) to get many contract engineers. Microsoft has a strong policy against contract work period, maximum one year. After one year, a contractor has to take at last a 3 month break before getting another Microsoft contract job. Many contract software engineers are US workers, but Microsoft forced them to leave their jobs and hired other H1B holders.

4.3.10 Microsoft retaliated or discriminated against a job applicant for disclosing information, fling a complaint, or cooperating in an investigation.

4.3.11 Microsoft failed to recruit U.S. worker(s) for jobs for which H-1B worker(s) are sought.

4.3.12 Microsoft failed to hire a U.S. worker who applied and was equally or better qualified for the job for which the H-1B worker was sought.

## V. FIRST CLAIM FOR RELIEF DISCRIMINATION UNDER TITLE VII AND ADEA

5.1   Plaintiff restates paragraph 1 through 4.5 of this complaint as if fully alleged herein.

5.2   At all relevant times, Defendant was a covered entity within the meaning of 42 U.S.C. § 12111(2).

5.3   Plaintiff has satisfied all of the procedural and administrative requirements set forth in Section 706 of Title VII, 42 U.S.C. § 2000e-5 and ADEA, as follows:

a.   Plaintiff filed a timely written charge of discrimination with the Equal Employment Opportunity Commission;

b.   Plaintiff received a "Notice of Right to Sue" from the Equal Employment Opportunity Commission on or about August 13, 2007;

c.   The Plaintiff's complaint was filed with this court within 90 days of Plaintiff's receipt of the Notice of Right to Sue.

5.4   Defendant engaged in intentional discrimination because of Plaintiff's gender, race, national origin, disability and age, and because of her opposition to Defendant's unlawful employment practices.

Amended COMPLAINT WITH JURY DEMAND
Page 8 of 10

Liaosheng Zhang
12334 31st AVE. NE, #306
Seattle, WA 98125
Ph: (206)-364-1348

5.5 Defendants refused to hire Plaintiff action have caused Plaintiff to suffer emotional damages, lost wages, benefits, employment opportunities, and to incur expenses, including attorney fees.

## VI. DAMAGES

6.1 Plaintiff restates paragraph 1 through 5.5 of this complaint as if fully alleged herein.

6.2 As a result of Defendant's conduct, Plaintiff has suffered and will continue to suffer: loss of wages and benefits; emotional pain and distress; and other consequential damages of financial loss.

6.3 As a result of Defendant's conduct, Plaintiff has had to retain the services of an attorney and will incur expenses, including attorney fees.

## VII. JUDY DEMAND

7.1 Plaintiff hereby demands a jury trial.

## VIII. PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that this court:

8.1 Declare that the actions of the Defendant as alleged in this complaint were discriminatory and retaliatory and order defendant to cease such actions as to Defendant's current employees.

8.2 Order Defendant to institute and maintain a reasonable procedure to investigate and remedy complaints of unlawful discrimination in a timely manner.

8.3 Enter judgment for the Plaintiff awarding her all lost pay and benefits, awarding her damages for emotional suffering in the amount determined by the jury.

8.4 Enter judgment for Plaintiff awarding her punitive damages in an amount determined by the jury pursuant to 42 U.S.C. § 1981a.

Amended COMPLAINT WITH JURY DEMAND
Page 9 of 10

Liaosheng Zhang
12334 31st AVE. NE, #306
Seattle, WA 98125
Ph: (206)-364-1348

8.5  Award Plaintiff costs and attorney fees pursuant to 42 U.S.C. § 2000e-5(k) and ADEA.

8.6  Grant such additional relief as is proper and just.

8.7  Conform the pleadings to the proof at trial.

DATED this 11 day of _____January_____ 2008.

*Liaosheng Z*

Liaosheng Zhang
Pro Se Plaintiff

Amended COMPLAINT WITH JURY DEMAND
Page 10 of 10

Liaosheng Zhang
12334 31st AVE. NE, #306
Seattle, WA 98125
Ph: (206)-364-1348