## CERTIFICATE OF SERVICE

1
2
3  I hereby certify that on the 11th day of January 2008, I send one original and one
4  copy to the court Clerk's office using US mail.
5  A copy of the foregoing document was mailed, postage prepaid, on this 11th day
6  of January 2008 to:
7
8  Boeing's Defendant Lawyer
9  Andrew Moriarty
10  Chelsea Dwyer Petersen
11  Perkins Coie LLP
12  1201 Third Ave, Suite 4800
13  Seattle, WA 98101-3099        07-CV-01794-SUP
14
15
16
17
18
19
20  _____
21
22  Liaosheng Zhang
23  Pro Se Plaintiff
24

Notice about Plaintiff's Vacation

Page 2 of 2

Liaosheng Zhang
12334 31st AVE. NE, #306
Seattle, WA 98125
Ph: (206)-364-1348



Liaosheng Zhang
12334 31st AVE NE,
Seattle, WA 98125

SEATTLE WA 980
01-11-08 16:2

U.S. District Court
Seattle clerk's office
U.S. Courthouse
700 Stewart St, Lobby Level
Seattle, WA 98101