```
___FILED
___LODGED    MAIL
___RECEIVED
```

JAN 1 4 2008

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                           DEPUTY

THE HONORABLE RICHARD A. JONES

1

2

3

4

5    **LIAOSHENG ZHANG**

6    12334 31st AVE. NE, #306

7    Seattle, WA 98125

8    Phone: 206-364-1348

07-CV-01794-VRDCT

9              UNITED STATES DISTRICT COURT

10         FOR THE WESTERN DISTRICT OF WASHINGTON

11   | **Liaosheng Zhang,**              )

12   | Plaintiff,                        ) CASE No. 7-1794 RAJ

13   | Vs.                               )  **NOTICE ABOUT PLAINTIFF'S**

14   | **Boeing Company,**               )  **VACATION**

15   | **Amazon Global Resources, Inc.,** )

16   |  **Microsoft Corporation,**       )

17   | Defendants.                       )

18   | ----------------------------------)

19   Plaintiff, Liaosheng Zhang, will take 9 days vacation from 1/12/08 to 1/20/08

20   because one of my family member's illness. I will send an email to defendant

21   lawyer.  I would really appreciate that I can have 9 days extension if defendant

22   files any motion during this period time.

23   Thanks in advance.

24   DATED this__11th__day of ___Janunary___2008.

25

26

27              Liaosheng Zhang

28              Pro Se Plaintiff

Liaosheng Zhang
12334 31st AVE. NE, #306
Seattle, WA 98125
Ph: (206)-364-1348

Dockets.Justia.com