THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LIAOSHENG ZHANG,<br><br>              Plaintiff,<br><br>    v.<br><br>BOEING COMPANY, AMAZON GLOBAL RESOURCES, INC., MICROSOFT CORPORATION,<br><br>              Defendants. | No. 07-1794 RAJ<br><br>BOEING'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT WITH JURY DEMAND |

    Plaintiff filed her initial Complaint in this matter on November 5, 2007 and Defendant The Boeing Company (hereinafter "Boeing") filed a responsive pleading on January 4, 2008. As such, plaintiff is required to seek leave of court or written consent of the adverse party before filing an amended pleading. Fed. R. Civ. P. 15(a) ("A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served… Otherwise a party may amend the party's pleading only by leave of court or by written consent of the adverse party…")

    Plaintiff filed an Amended Complaint With Jury Demand (the "Amended Complaint") on January 14, 2008 without leave of this Court and without attempting to obtain written consent from Boeing. Nonetheless, Boeing hereby answers plaintiff's Amended Complaint as follows.

CERTIFICATE OF SERVICE(NO. 07-1794 RAJ)
– 1

30076-0025/LEGAL13897718.1

**Perkins Coie** LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# ANSWER

## I. NATURE OF ACTION

1.1  Answering paragraph 1.1 of the Amended Complaint, Boeing admits that the Amended Complaint asserts civil claims under 42 U.S.C. § 2000e et seq. ("Title VII") and the Age Discrimination in Employment Act ("ADEA") seeking a remedy for discrimination on the basis of race, national origin, gender, disability and age. Except as expressly admitted herein, Boeing denies each and every allegation in the paragraph.

## II. JURISDICTION AND VENUE

2.1  Answering paragraph 2.1 of the Amended Complaint, the paragraph constitutes a legal conclusion to which an answer is not required and Boeing therefore denies the same.

2.2  Answering paragraph 2.2 of the Amended Complaint, the paragraph constitutes a legal conclusion to which an answer is not required and Boeing therefore denies the same.

2.3  Answering paragraph 2.3 of the Amended Complaint, the paragraph constitutes a legal conclusion to which an answer is not required and Boeing therefore denies the same.

2.4  Answering paragraph 2.4 of the Amended Complaint, Boeing admits that the plaintiff was issued a Dismissal and Notice of Rights from the Equal Employment Opportunity Commission dated August 6, 2007 indicating that "based upon its investigation the EEOC is unable to conclude that the information obtained establishes violations of the statutes" and informing the plaintiff that she must file a lawsuit, if any, within 90 days of the receipt of the notice. Except as otherwise expressly admitted herein, Boeing is without sufficient information to form a belief as to the truth of the allegation in the paragraph and therefore denies the same.

## III. PARTIES

3.1  Answering paragraph 3.1 of the Amended Complaint, Boeing admits that plaintiff applied for jobs at Boeing. Except as expressly admitted, Boeing is without sufficient information to form a belief as to the truth of the allegations in the paragraph and therefore denies each and every allegation in the paragraph.

BOEING'S ANSWER TO PLAINTIFF'S
AMENDED COMPLAINT WITH JURY
DEMAND (NO. 07-1794 RAJ) – 2
30076-0025/LEGAL13897718.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

3.2     Answering the introductory phrase of paragraph 3.2 of the Amended Complaint, Boeing admits that it operates multiple divisions and affiliates under various names and that Boeing has addresses in multiple states.

3.3     Answering subparagraph 3.2(a) of the Amended Complaint, Boeing admits that its World Headquarters are located at:

> 100 North Riverside
> Chicago, Illinois  60606
> 312-544-2000

3.4     Answering paragraph 3.2(b) of the Amended Complaint, Boeing admits that its Washington Registered Agent is Corporation Service Company located at:

> 6500 Harbour Heights Pkwy, Suite 400
> Mukilteo, WA  98275

3.5     Answering paragraph 3.2(c) of the Amended Complaint, Boeing admits that one of its addresses in Washington is:

> P.O. Box 3707
> Seattle, WA  98124
> 206-655-2121

3.6     Answering paragraph 3.2(d) of the Amended Complaint, the allegation is too vague to answer.

3.7     No paragraphs are numbered 3.3 or 3.4.

3.8     Answering paragraph 3.5 of the Amended Complaint, Boeing is without sufficient information to form a belief as to the truth of the allegation in this paragraph, and therefore denies the same.

3.9     Answering paragraph 3.6 of the Amended Complaint, Boeing is without sufficient information to form a belief as to the truth of the allegation in this paragraph, and therefore denies the same.

BOEING'S ANSWER TO PLAINTIFF'S
AMENDED COMPLAINT WITH JURY
DEMAND (NO. 07-1794 RAJ) – 3
30076-0025/LEGAL13897718.1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

## IV.  STATEMENT OF FACTS

**4.1  Boeing Company**

4.1.1  Answering the first sentence of paragraph 4.1.1 of the Amended Complaint, Boeing states that the sentence contains legal conclusions to which an answer is not required. Answering the second sentence of paragraph 4.1.1 of the Amended Complaint, Boeing admits that its records reflect that plaintiff applied for over 300 Boeing jobs. Answering the third sentence of paragraph 4.1.1 of the Amended Complaint, Boeing admits that plaintiff's resume has been posted to Boeing's online job search tool (Boeing Enterprise Staffing System or "BESS") and plaintiff has not been hired at Boeing. Except as expressly admitted herein, Boeing denies each and every allegation contained in paragraph 4.1.1 of the Amended Complaint.

4.1.2  Answering the first sentence of paragraph 4.1.2 of the Amended Complaint, Boeing admits that its records reflect that the plaintiff had a few interviews at Boeing. Answering the second sentence of paragraph 4.1.2 of the Amended Complaint, the sentence is too vague to answer. Answering the third sentence of paragraph 4.1.2 of the Amended Complaint, Boeing is without information to form a belief as to the truth of the allegation in this sentence, and therefore denies the same. Answering the fourth sentence of paragraph 4.1.2 of the Amended Complaint, Boeing is without information to form a belief as to the truth of the allegation in this sentence, and therefore denies the same. Answering the fifth sentence of paragraph 4.1.2 of the Amended Complaint, Boeing is without information to form a belief as to the truth of the allegation in this sentence, and therefore denies the same.

4.1.3  Answering the first sentence of paragraph 4.1.3 of the Amended Complaint, Boeing is without information to form a belief as to the truth of the allegation in this sentence, and therefore denies the same. Answering the second sentence of paragraph 4.1.3 of the Amended Complaint, Boeing is without information to form a belief as to the truth of the allegation in this sentence, and therefore denies the same. Answering the third sentence of paragraph 4.1.3 of the Amended Complaint, the sentence is too vague to answer. Answering the

BOEING'S ANSWER TO PLAINTIFF'S
AMENDED COMPLAINT WITH JURY
DEMAND (NO. 07-1794 RAJ) – 4

30076-0025/LEGAL13897718.1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

fourth sentence of paragraph 4.1.3 of the Amended Complaint, Boeing admits that plaintiff applied for jobs after August 16, 2006 and Boeing states that the BESS online tool indicates the status of the application (i.e., "job requisition cancelled," "under consideration," or "no longer under consideration"). Answering the fifth sentence of paragraph 4.1.3 of the Amended Complaint, Boeing admits that plaintiff's resume indicates that she has a Master's Degree in computer engineering from Arizona State University and that she worked as a software engineer at Honeywell, Inc. from 6/31/98 to 4/1/05. Answering the sixth sentence of paragraph 4.1.3 of the Amended Complaint, Boeing admits that to date it has not hired the plaintiff.

4.1.4    Answering the first sentence of paragraph 4.1.4 of the Amended Complaint, Boeing denies each and every allegation in the first sentence of paragraph 4.1.4 of the Amended Complaint. Answering the second sentence of paragraph 4.1.4 of the Amended Complaint, Boeing admits that its records reflect that Boeing hired some workers with optional practical training cards in 2005. Answering the third sentence of paragraph 4.1.4 of the Amended Complaint, the sentence is too vague to answer. Answering the fourth sentence of paragraph 4.1.4 of the Amended Complaint, Boeing denies each and every allegation in the fourth sentence of paragraph 4.1.4 of the Amended Complaint.

4.1.5    Answering the graphic that appears on page 4 of the Amended Complaint, Boeing denies that the purported data reflected in the graphic is accurate.

4.1.6    Answering the first sentence of paragraph 4.1.5 of the Amended Complaint, Boeing denies each and every allegation in the first sentence of paragraph 4.1.5 of the Amended Complaint. Answering the second sentence of paragraph 4.1.5 of the Amended Complaint, Boeing denies each and every allegation in the second sentence of paragraph 4.1.5 of the Amended Complaint. Answering the third sentence of paragraph 4.1.5 of the Amended Complaint, Boeing admits that its records reflect that Boeing hired some workers with optional practical training cards in 2005. Answering the fourth sentence of paragraph 4.1.5 of the Amended Complaint, the sentence is too vague to answer. Answering the fifth sentence of

BOEING'S ANSWER TO PLAINTIFF'S
AMENDED COMPLAINT WITH JURY
DEMAND (NO. 07-1794 RAJ) – 5
30076-0025/LEGAL13897718.1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

paragraph 4.1.4 of the Amended Complaint, Boeing denies each and every allegation in the fifth sentence of paragraph 4.1.4 of the Amended Complaint.

4.1.7  Answering paragraph 4.1.6 of the Amended Complaint, Boeing denies each and every allegation in paragraph 4.1.6 of the Amended Complaint.

4.1.8  Answering paragraph 4.1.7 of the Amended Complaint, Boeing states that it has thousands of employees throughout the world, some of whom are foreign nationals. Except as expressly admitted herein, the allegations in paragraph 4.1.7 of the Amended Complaint are too vague to answer.

4.1.9  Answering paragraph 4.1.8 of the Amended Complaint, Boeing denies each and every allegation in paragraph 4.18 of the Amended Complaint.

4.1.10  Answering paragraph 4.1.9 of the Amended Complaint, Boeing denies each and every allegation in paragraph 4.1.9 of the Amended Complaint.

4.1.11  Answering paragraph 4.1.10 of the Amended Complaint, Boeing denies each and every allegation in paragraph 4.1.10 of the Amended Complaint.

4.1.12  Answering paragraph 4.1.11 of the Amended Complaint, Boeing admits that its records reflect that plaintiff is a female and that she is Asian. Except as expressly admitted herein, Boeing is without sufficient information to form a belief as to the truth of the allegations in the paragraph and therefore denies each and every allegation in the paragraph.

4.1.13  Answering paragraph 4.1.12 of the Amended Complaint, Boeing admits that the plaintiff was issued a Dismissal and Notice of Rights as described in Paragraph 2.4 of this Answer and that the Complaint served on Boeing bears a stamp purporting to indicate that it was filed with the Court on November 5, 2007. Except as otherwise expressly admitted herein, Boeing is without sufficient information to form a belief as to the truth of the allegations in the paragraph and therefore denies each and every allegation in the paragraph.

BOEING'S ANSWER TO PLAINTIFF'S
AMENDED COMPLAINT WITH JURY
DEMAND (NO. 07-1794 RAJ) – 6
30076-0025/LEGAL13897718.1

**Perkins Coie** LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

### 4.2 Amazon Global Resources Inc.

4.2.1   Answering paragraph 4.2.1 of the Amended Complaint, Boeing is without sufficient information to form a belief as to the truth of the allegation in this paragraph, and therefore denies the same.

4.2.2   Answering paragraph 4.2.2 of the Amended Complaint, Boeing is without sufficient information to form a belief as to the truth of the allegation in this paragraph, and therefore denies the same.

4.2.3   Answering paragraph 4.2.3 of the Amended Complaint, Boeing is without sufficient information to form a belief as to the truth of the allegation in this paragraph, and therefore denies the same.

4.2.4   Answering paragraph 4.2.4 of the Amended Complaint, Boeing is without sufficient information to form a belief as to the truth of the allegation in this paragraph, and therefore denies the same.

4.2.5   Answering paragraph 4.2.5 of the Amended Complaint, Boeing is without sufficient information to form a belief as to the truth of the allegation in this paragraph, and therefore denies the same.

4.2.6   Answering paragraph 4.2.6 of the Amended Complaint, Boeing is without sufficient information to form a belief as to the truth of the allegation in this paragraph, and therefore denies the same.

4.2.7   Answering paragraph 4.2.7 of the Amended Complaint, Boeing is without sufficient information to form a belief as to the truth of the allegation in this paragraph, and therefore denies the same.

4.2.8   Answering paragraph 4.2.8 of the Amended Complaint, Boeing is without sufficient information to form a belief as to the truth of the allegation in this paragraph, and therefore denies the same.

BOEING'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT WITH JURY DEMAND (NO. 07-1794 RAJ) – 7

30076-0025/LEGAL13897718.1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

### 4.3 Microsoft Corporation

4.3.1  Answering paragraph 4.3.1 of the Amended Complaint, Boeing is without sufficient information to form a belief as to the truth of the allegation in this paragraph, and therefore denies the same.

4.3.2  Answering paragraph 4.3.2 of the Amended Complaint, Boeing is without sufficient information to form a belief as to the truth of the allegation in this paragraph, and therefore denies the same.

4.3.3  Answering paragraph 4.3.3 of the Amended Complaint, Boeing is without sufficient information to form a belief as to the truth of the allegation in this paragraph, and therefore denies the same.

4.3.4  Answering paragraph 4.3.4 of the Amended Complaint, Boeing is without sufficient information to form a belief as to the truth of the allegation in this paragraph, and therefore denies the same.

4.3.5  Answering paragraph 4.3.5 of the Amended Complaint, Boeing is without sufficient information to form a belief as to the truth of the allegation in this paragraph, and therefore denies the same.

4.3.6  Answering paragraph 4.3.6 of the Amended Complaint, Boeing is without sufficient information to form a belief as to the truth of the allegation in this paragraph, and therefore denies the same.

4.3.7  Answering paragraph 4.3.7 of the Amended Complaint, Boeing is without sufficient information to form a belief as to the truth of the allegation in this paragraph, and therefore denies the same.

4.3.8  Answering paragraph 4.3.8 of the Amended Complaint, Boeing is without sufficient information to form a belief as to the truth of the allegation in this paragraph, and therefore denies the same.

BOEING'S ANSWER TO PLAINTIFF'S
AMENDED COMPLAINT WITH JURY
DEMAND (NO. 07-1794 RAJ) – 8

30076-0025/LEGAL13897718.1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

4.3.9  Answering paragraph 4.3.9 of the Amended Complaint, Boeing is without sufficient information to form a belief as to the truth of the allegation in this paragraph, and therefore denies the same.

4.3.10  Answering paragraph 4.3.10 of the Amended Complaint, Boeing is without sufficient information to form a belief as to the truth of the allegation in this paragraph, and therefore denies the same.

4.3.11  Answering paragraph 4.3.11 of the Amended Complaint, Boeing is without sufficient information to form a belief as to the truth of the allegation in this paragraph, and therefore denies the same.

4.3.12  Answering paragraph 4.3.12 of the Amended Complaint, Boeing is without sufficient information to form a belief as to the truth of the allegation in this paragraph, and therefore denies the same.

## V.  FIRST CLAIM FOR RELIEF DISCRIMINATION [SIC] UNDER TITLE VII AND ADEA

5.1  Answering paragraph 5.1 of the Amended Complaint, Boeing reasserts each and every answer in paragraphs 1 through 4.3.12, above, and incorporates those answers as though fully set forth herein. To the extent paragraph 5.1 of the Amended Complaint "restates" paragraphs 4.4 and 4.5, which do not exist in the Amended Complaint, Boeing denies the same.

5.2  Answering paragraph 5.2 of the Amended Complaint, the paragraph constitutes a legal conclusion to which an answer is not required and Boeing therefore denies the same.

5.3  Answering the introductory phrase of paragraph 5.3 of the Amended Complaint, the phrase constitutes a legal conclusion to which an answer is not required and Boeing therefore denies the same.

5.4  Answering paragraph 5.3(a) of the Amended Complaint, Boeing admits that it received a Notice of Charge of Discrimination from the Equal Employment Opportunity Commission dated June 18, 2007. Except as expressly admitted herein, Boeing is without

BOEING'S ANSWER TO PLAINTIFF'S
AMENDED COMPLAINT WITH JURY
DEMAND (NO. 07-1794 RAJ) – 9
30076-0025/LEGAL13897718.1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

6.2    Answering paragraph 6.3 of the Amended Complaint, Boeing denies each and every allegation in the paragraph.

## VII.    JUDY [SIC] DEMAND

7.1    Paragraph 7.1 of the Amended Complaint is a purported jury demand to which answer is not required.

## VIII.    PRAYER FOR RELIEF

8.1    Answering paragraphs 8.1 through 8.7 of the Amended Complaint, Boeing denies that plaintiff is entitled to any relief.

### DEFENSES AND AFFIRMATIVE DEFENSES

Having answered the Amended Complaint, Boeing asserts the following defenses and affirmative defenses:

1.    Plaintiff's Amended Complaint fails to state a claim upon which relief can be granted. Plaintiff's Amended Complaint does not allege the plaintiff's race, national origin, gender, disability or age.

2.    Plaintiff's claims are or may be barred due to failure to exhaust her administrative remedies.

3.    Defendant had legitimate non-discriminatory reasons for its business decisions not to hire plaintiff. Even if impermissible factors were considered, which Boeing denies were in any way a factor in the decision, the same decisions with respect to plaintiff would have been made even in the absence of such consideration.

4.    Plaintiff's claims are or may be barred, in whole or in part, by applicable statutes of limitation.

5.    Plaintiff's claims are or may be barred in whole or in part by the doctrine of after acquired evidence.

6.    Plaintiff's claims are or may be barred by the doctrines of estoppel, waiver and/or laches.

BOEING'S ANSWER TO PLAINTIFF'S
AMENDED COMPLAINT WITH JURY
DEMAND (NO. 07-1794 RAJ) – 11
30076-0025/LEGAL13897718.1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

7. Plaintiff's claim for damages, her entitlement to which is expressly denied, may be barred in whole or in part by plaintiff's failure to mitigate damages; alternatively, any claim for relief must be set off and/or reduced by wages, compensation, pay and benefits, or other earnings, remunerations, profits and benefits received by plaintiff.

8. Plaintiff's claims for exemplary damages are barred, in whole or in part, because Boeing's actions with respect to plaintiff were in good faith and based upon legitimate, nondiscriminatory, and nonretaliatory factors unrelated to any unlawful purpose or bias.

9. Boeing designates all denials set forth above to the allegations in the Amended Complaint as defenses if necessary for its full defense of this matter.

Boeing may amend its Answer to include additional defenses and affirmative defenses upon completion of discovery.

## REQUEST FOR RELIEF

Having fully answered plaintiff's Amended Complaint, Boeing requests the following relief:

1. That plaintiff's Amended Complaint be dismissed with prejudice;

2. That Boeing recover its costs, including attorneys' fees, incurred in defending plaintiff's Amended Complaint to the maximum extent permitted by law;

3. For such other and further relief as the Court may deem just and equitable.

BOEING'S ANSWER TO PLAINTIFF'S
AMENDED COMPLAINT WITH JURY
DEMAND (NO. 07-1794 RAJ) – 12
30076-0025/LEGAL13897718.1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

| | |
|---|---|
| DATED: January 22, 2008 | **PERKINS COIE LLP** |
| | By: /s/ Chelsea Dwyer Petersen |
| | Andrew E. Moriarty, WSBA No. 28651 |
| | Chelsea Dwyer Petersen, WSBA No. 33787 |
| | AMoriarty@perkinscoie.com |
| | CDPetersen@perkinscoie.com |
| | Attorneys for Defendant |
| | THE BOEING COMPANY |

BOEING'S ANSWER TO PLAINTIFF'S
AMENDED COMPLAINT WITH JURY
DEMAND (NO. 07-1794 RAJ) – 13

30076-0025/LEGAL13897718.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000