THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LIAOSHENG ZHANG,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BOEING COMPANY, AMAZON GLOBAL RESOURCES, INC., MICROSOFT CORPORATION,<br><br>　　　　Defendants. | No. 07-1794<br><br>CERTIFICATE OF SERVICE |

On January 22, 2008, I caused to be served upon counsel of record, at the address stated below, via the method of service indicated, a true and correct copy of the following document:

**BOEING'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT WITH JURY DEMAND**

| | |
|---|---|
| Ms. Liaosheng Zhang, Pro Se<br>12334 31st Avenue NE, #306<br>Seattle, WA 98125<br>Phone: (206) 364-1348 | ___ Via hand delivery<br>_X_ Via U.S. Mail, 1st Class, Postage Prepaid<br>___ Via Overnight Delivery<br>___ Via Facsimile<br>_X_ Via E-filing |

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

CERTIFICATE OF SERVICE (NO. 07-1794 – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

LEGAL13898911.1

DATED at Seattle, Washington, this 23rd day of January, 2008.

Perkins Coie LLP

By  /s/
Chelsea D. Petersen, WSBA #33787

CERTIFICATE OF SERVICE (NO. 07-1794 – 2

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

LEGAL13898911.1