THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LIAOSHENG ZHANG,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BOEING COMPANY, AMAZON GLOBAL RESOURCES, INC., MICROSOFT CORPORATION,<br><br>　　　　　Defendants. | No. 07-1794<br><br>PRAECIPE REGARDING BOEING'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT WITH JURY DEMAND |

The undersigned attorney for Defendant The Boeing Company requests that you add the attached page 10 to Boeing's Answer to Plaintiff's Amended Complaint With Jury Demand, electronically filed on January 22, 2008.

DATED: January 23, 2008

**PERKINS COIE LLP**

By: /s/Chelsea Dwyer Petersen
　　Chelsea Dwyer Petersen, WSBA No. 33787
CDPetersen@perkinscoie.com

Attorneys for Defendant
THE BOEING COMPANY

PRAECIPE REGARDING BOEING'S ANSWER
TO PLAINTIFF'S AMENDED COMPLAINT
WITH JURY DEMAND (NO. 07-1794) – 1
03002-1677/LEGAL13902238.1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Dockets.Justia.co

On January 23, 2008, I caused to be served upon counsel of record, at the address stated below, via the method of service indicated, a true and correct copy of the following document:

**PRAECIPE REGARDING BOEING'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT WITH JURY DEMAND**

| | | |
|---|---|---|
| Ms. Liaosheng Zhang, Pro Se | ___ | Via hand delivery |
| 12334 31st Avenue NE, #306 | _X_ | Via U.S. Mail, 1st Class, Postage Prepaid |
| Seattle, WA 98125 | ___ | Via Overnight Delivery |
| Phone: (206) 364-1348 | ___ | Via Facsimile |
| | _X_ | Via E-filing |

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED at Seattle, Washington, this 23rd day of January, 2008.

Perkins Coie LLP

By  /s/Chelsea D. Petersen
Chelsea D. Petersen, WSBA #33787

CERTIFICATE OF SERVICE (NO. 07-1794 – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

3002-1677/LEGAL13902238.1

sufficient information to form a belief as to the truth of the allegation and therefore denies each and every allegation in the paragraph.

5.5     Answering paragraph 5.3(b) of the Amended Complaint, Boeing admits that the plaintiff was issued a Dismissal and Notice of Rights from the Equal Employment Opportunity Commission dated August 6, 2007 indicating that "based upon its investigation the EEOC is unable to conclude that the information obtained establishes violations of the statutes" and informing the plaintiff that she must file a lawsuit within 90 days of the receipt of the notice. Except as otherwise expressly admitted herein, Boeing is without sufficient information to form a belief as to the truth of the allegation regarding when plaintiff received the Dismissal and Notice of Rights document and therefore denies each and every allegation in the paragraph.

5.6     Answering paragraph 5.3(c) of the Amended Complaint, Boeing admits that the Amended Complaint was filed on November 5, 2007. Except as expressly admitted herein, Boeing is without sufficient information to form a belief as to the truth of the allegation regarding when plaintiff received the Dismissal and Notice of Rights document and therefore denies each and every allegation in the paragraph.

5.7     Answering paragraph 5.4 of the Amended Complaint, Boeing denies each and every allegation in the paragraph.

5.8     Answering paragraph 5.5 of the Amended Complaint, Boeing denies each and every allegation in the paragraph.

## VI.    DAMAGES

6.1     Answering paragraph 6.1 of the Amended Complaint, Boeing reasserts each and every answer in paragraphs 1 through 5.8, above, and incorporates those answers as though fully set forth herein.

6.2     Answering paragraph 6.2 of the Amended Complaint, Boeing denies each and every allegation in the paragraph.

BOEING'S ANSWER TO PLAINTIFF'S
AMENDED COMPLAINT WITH JURY
DEMAND (NO. 07-1794 RAJ) – 10

30076-0025/LEGAL13897718.1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000